# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>         Plaintiff, ) <br> vs. ) <br> EDWIN ARNOLD, JR., ) <br>         Defendant. ) | Case No. 2:17-cr-00042-APG-CWH <br><br> **ORDER** |

Presently before the court is Defendant Edwin Arnold's letter (ECF No. 39) to the court regarding his motion to suppress, filed on May 8, 2017. Defendant is represented by attorney Thomas Ericsson. (Order Appointing Counsel (ECF No. 34).)

Under Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in this case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Given that Defendant is represented by Mr. Ericsson, the court will not take any action with respect to Defendant's letter. Defendant is advised that all filings in his case must be made by his attorney.

IT IS SO ORDERED.

DATED: May 15, 2017

                                                          **C.W. Hoffman, Jr.** <br>
                                                          **United States Magistrate Judge**