DANIEL HILL
HILL FIRM PLLC
Nevada Bar No. 12773
228 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
Phone: 702-848-5000
Fax: 702-442-8338
dan@hillfirmlawyers.com
*Attorney for Defendant Shamariae Jones*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00042-APG-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE OBJECTIONS DEADLINE** |
| vs. | **(First Request)** |
| SHAMARIAE JONES and EDWIN ARNOLD, | Current Due Date: May 10, 2018 |
| Defendants. | **ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between Dayle Elieson, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Daniel Hill, counsel for Defendant SHAMARIAE JONES, that the due date for the objections to Magistrate Judge Hoffman's report and recommendation (ECF No. 85) be continued for three weeks, up to and including May 31, 2018.

The Stipulation is entered into for the following reasons:

1. The parties jointly request the continuance.
2. Defendant Shamariae Jones is in custody and does not oppose the continuance.

//
//
//
//
//

3. The additional time requested herein is not sought for purposes of delay but is due to an intraoffice miscommunication on the part of defense counsel which resulted in the unavailability of the underlying motion hearing transcripts.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED this 10th day of May 2018.

By: */s/ Jared Grimmer*
JARED GRIMMER
*Counsel for the Government*

By: */s/ Daniel Hill*
DANIEL HILL
*Counsel for Defendant Shamariae Jones*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00042-APG-CWH |
| Plaintiff, | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| vs. | |
| SHAMARIAE JONES and EDWIN ARNOLD, | |
| Defendants. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing, and the ends of justice, and judicial economy being best served by granting said extension,

## ORDER

IT IS THEREFORE ORDERED that the due date for objections to Magistrate Judge Hoffman's report and recommendation (ECF No. 85) shall be continued three weeks. Defendant Shamariae Jones shall have up to and including May 31, 2018 in which to file any objections.

Dated: May 11, 2018.

_____
HON. ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE