NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN ARNOLD, JR.,<br><br>Defendant. | Case No.: 2:17-cr-00042-APG-CWH<br><br>**Joint Stipulation to Continue Government Response to Defendant's Motion to Sever**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, and Thomas A. Ericsson, counsel for Edwin Arnold, Jr., that the government's response to defendant's motion to sever (ECF No. 107) currently due on April 18, 2019, be vacated and continued one week to April 25, 2019, with defendant's corresponding reply due on May 2, 2019.

This Stipulation is entered into for the following reasons:

1. Government counsel needs additional time to properly respond to defendant's motion, to include researching the issues raised by the defendant.

2. Denial of this request for continuance could result in a miscarriage of justice.

3. This is the first request for continuance of the government response to defendant's motion to sever.

DATED this 15th day of April, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

By /s/ Thomas A. Ericsson
THOMAS A. ERICSSON
Counsel for Edwin Arnold, Jr.

By /s/ Jared L. Grimmer
JARED L. GRIMMER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWIN ARNOLD, JR.,

    Defendant.

Case No.: 2: 17-cr-00042-APG-CWH

**ORDER**

IT IS THEREFORE ORDERED that the government's response to defendant's motion to sever (ECF No. 107) currently due on April 18, 2019, be vacated and continued to April 25, 2019, with defendant's corresponding reply due on May 2, 2019.

DATED this 16th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE