# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>v.<br><br>SHAMARIAE MARSHON JONES and EDWIN ARNOLD, JR.,<br><br>　　Defendants | Case No.: 2:17-cr-00042-APG-DJA<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF Nos. 180, 187] |

　　On February 11, 2021, Magistrate Judge Albregts recommended that I deny defendant Edward Arnold, Jr.'s motion to suppress as moot. ECF No. 187. Arnold did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation **(ECF No. 187) is accepted** and defendant Edwin Arnold, Jr.'s motion to suppress **(ECF No. 180) is DENIED as moot**.

　　DATED this 12th day of March, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE