# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SHAMARIAE JONES and EDWIN ARNOLD,

        Defendants.

Case No. 2:17-cr-00042-APG-DJA

**ORDER GRANTING GOVERNMENT'S MOTION IN LIMINE TO ADMIT EVIDENCE OF DEFENDANT ARNOLD'S LETTER**

(ECF No. 200)

      The Government moves to admit into evidence at trial defendant Edwin Arnold's February 2017 letter to the United States Attorney. ECF No. 200. Arnold opposes, arguing that the Government previously agreed not to use such evidence because it is "an extension of the first apology letter extracted from Mr. Arnold in violation of the 5th Amendment," and its prejudicial effect substantially outweighs what little, if any, probative value the letter may offer. ECF No. 197 at 3-4.

      Mr. Arnold contends that the January 26, 2017 interrogation by FBI Special Agent Schlumph violated his Fifth Amendment rights. The Government agreed not to use in its case-in-chief Mr. Arnold's statements during that interrogation "or any evidence derived" therefrom. ECF No. 42 at 2. Mr. Arnold wrote the February 2017 letter nearly four weeks after that interrogation. In the interim, Mr. Arnold had an Initial Appearance, was appointed counsel, had a detention hearing, was indicted, was arraigned, and entered a plea. ECF Nos. 1-18. The February 2017 letter was sufficiently removed in time from the January 26, 2017 interrogation to blunt any notion that it was "fruit of the poisonous tree" of that interrogation. Mr. Arnold had counsel to confer with about his rights. The letter is not an extension of his original apology

letter.  And while the letter could be considered by a jury to be inculpatory, its prejudicial effect does not substantially outweigh its probative value.

I THEREFORE grant the Government's motion in limine (ECF No. 200) in part.  The Government is not precluded from offering the letter into evidence at trial.  But it must first lay the appropriate foundation, establish authenticity, and satisfy any other objections to admissibility.

Dated:  May 13, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE