**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAMARIAE MARSHON JONES, et al.,<br><br>Defendants | Case No. 2:17-cr-00042-APG-DJA<br><br>**ORDER SETTING DEADLINE FOR GOVERNMENT TO RESPOND TO MOTION TO VACATE, SET ASIDE, OR CORRECT CRIMINAL CONVICTION AND SENTNCE PURSUANT TO 28 U.S.C. § 2255** |

Defendant Edwin Arnold, Jr. has filed a motion under 28 U.S.C. § 2255 seeking to set aside his conviction. ECF No. 316. The United States will file a response to the motion, if it has any, no later than August 2, 2024. Arnold may file a reply in support of the motion within 30 days after the Government files its response.

DATED this 2nd day of July, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE