**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Edwin Arnold, Jr.,<br>Defendant. | Case No. 2:17-cr-00042-APG-DJA<br><br>**Order** |

Before the Court is Defendant Edwin Arnold's motion for copies "of public records" seeking copies of certain documents. (ECF No. 362). The Court liberally construes Arnold's motion as one for Court copies. However, the Court cannot ordinarily provide free copies to litigants. *See Jackson v. Philson*, No. 3:20-cv-00009-GMN-CLB, 2020 WL 9888358, at *1 (D. Nev. Sept. 28, 2020). There is a fee for reproduction of Court copies. The best way for Arnold to obtain the documents he is seeking is for him to fill out the "United States District Court, District of Nevada Copy and Service Request" form, which the Court will send to him, and to identify the documents he requests that the Clerk's office reproduce. The Court will therefore grant Arnold's motion in part and deny it in part and will send him a copy of the docket sheet so that he may complete the Copy and Service Request form.

///

///

///

**IT IS THEREFORE ORDERED** that Arnold's motion (ECF No. 362) is **granted in part and denied in part.** It is granted in part regarding Arnold's request for a copy of the docket sheet. It is denied in part in all other respects.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Arnold: (1) a copy of the United States District Court, District of Nevada Copy and Service Request form[1]; and (2) a copy of the docket sheet for this case.

DATED: July 16, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

[1] This form can be found online at https://www.nvd.uscourts.gov/court-information/forms/ under Code Copy Service Request.